■ RAMONA CHEVERE et al., as Administrators of the Estate of FELIX CHEVERE, Deceased, v. STERRY CHILDS.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ In the Matter of the Accounting of the Public Administrator of the County of New York, as Administrator of the Estate of HARRY PASIALIS, Deceased, Respondent. PAUL ANAYANNIS, Appellant; HENRY E. COLEMAN, Respondent.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MARY MARIANI v. WALTER J. MAHER.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MICHAEL R. SCHLANGER v. TAMARA COWAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. The motion to dismiss the appeal from the order entered October 10, 1960 is denied. Motion for leave to dispense with printing denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MAXIM ALBERT v. ISBRANDTSEN COMPANY, INC., et al.— Motion by respondent Isbrandtsen Company, Inc., to dismiss appeal granted on consent. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ NINA M. HARWOOD v. ADRIAN C. DOYLE, Individually and as Surviving Trustee under the Will of ARTHUR C. DOYLE, Deceased.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 3, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ SARAH SLATER v. PHYLLIS MARGOLIN et al., Doing Business as MIDDLETOWN AUTO SCHOOL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ In the Matter of COLONIAL SAND & STONE CO., INC., Appellant, v. LOCAL UNION No. 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Respondent.— Motion for leave to reargue denied in all respects, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.